922

No. 71–1623. BULLOCK, SECRETARY OF STATE OF TEXAS v. WEISER ET AL. Appeal from D. C. N. D. Tex. [Probable jurisdiction noted, 409 U. S. 947.] Motion of appellees to divide oral argument denied.

No. 72–212. CUPP, PENITENTIARY SUPERINTENDENT v. MURPHY. C. A. 9th Cir. [Certiorari granted, 409 U. S. 1036.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 72–535. UNITED STATES ET AL. v. STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL.; and

No. 72–562. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. v. STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL. Appeals from D. C. D. C. [Probable jurisdiction noted, 409 U. S. 1073.] Motion of appellee SCRAP for leave to dispense with printing brief granted. Motion of appellants for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Appellees likewise granted 15 additional minutes for oral argument. Motion of John F. Banzhaf III, Esquire, to permit Peter H. Meyers, Esquire, to argue *pro hac vice* on behalf of appellee SCRAP granted. Motion of Philip Elman, Esquire, to permit John F. Dienelt, Esquire, to argue *pro hac vice* on behalf of appellees Environmental Defense Fund et al. granted.

No. 72–770. COMMISSIONER OF SOCIAL SERVICES OF NEW YORK ET AL. v. KLEIN ET AL.; and

No. 72–803. NASSAU COUNTY MEDICAL CENTER ET AL. v. KLEIN ET AL. Appeals from D. C. E. D. N. Y. The Solicitor General is invited to file a brief expressing the views of the United States on the statutory issue. Reported below: 347 F. Supp. 496.